UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VALERIE BAKKO,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | CASE NO. 2:18-cv-00076-RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO REVERSE AND REMAND |

THIS MATTER comes before the Court on the Report and Recommendation of Magistrate Judge Theresa L. Fricke. Dkt. 14. Defendant did not file Objections to the R&R. The Court having considered the R&R and the remainder of the file herein, HEREBY ADOPTS the R&R (Dkt. 14).

The ALJ's decision denying SSI benefits is REVERSED and REMANDED for further proceedings. The ALJ erred in finding Plaintiff not disabled. *See discussion*, Dkt. 14 at 3-21. The

ORDER ADOPTING REPORT AND RECOMMENDATION TO REVERSE AND REMAND - 1

ALJ shall reconsider the medical opinion evidence of treating physician, Dr. Roessler, and examining psychologists, Drs. Thorpe and Arenas.

IT IS SO ORDERED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 18th day of October, 2018.

ROBERT J. BRYAN
United States District Judge